Richard C. Boardman, ISB No. 2922
rboardman@perkinscoie.com
Randall L. Schmitz, ISB No. 5600
rschmitz@perkinscoie.com
PERKINS COIE LLP
251 East Front Street, Suite 400
Boise, Idaho 83702-7310
Telephone: (208) 343-3434
Facsimile: (208) 343-3232

Edward W. Bulchis
Mark S. Carlson
Jason Rhodes
DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101-4010
Telephone:    (206) 903-8800
Facsimile:    (206) 903-8820

Attorneys for Plaintiff Smith Sport Optics, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SMITH SPORT OPTICS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUNGLASS INTERNATIONAL, LLC, dba SUNSMITH, a Rhode Island limited liability company,<br><br>　　　　　Defendant. | Case No. 06-37<br><br>**VOLUNTARY DISMISSAL** |

Pursuant to Civil Rule 41(a), plaintiff voluntarily dismisses without prejudice the above-captioned action against defendants. At the time of this voluntary dismissal, defendants have not appeared, answered, or moved for summary judgment.

DATED: February 3, 2006.

        **PERKINS COIE LLP**

        By /s/ Randall L. Schmitz
           Randall L. Schmitz
           Attorneys for Plaintiff